# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WILSON DIVISION

IN THE MATTER OF: **JAMES F. MCLAURIN**     CASE NO: **04-09832-8-SWH**

## REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **ANGEL R GORDON**<br>**MORRIS SCHNEIDER & PRIOR LLC**<br>**1587 NORTHEAST EXPRESSWAY**<br>**ATLANTA, GA 30329** | **$28.09** | **7/1/10** |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**December 14, 2010**          /s/ Trawick H. Stubbs, Jr.
**TRAWICK H. STUBBS, JR.**
**CHAPTER 13 TRUSTEE**
**P. O. BOX 1618**
**NEW BERN, NC  28563**
**(252) 633-0074**